IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60327
Conference Calendar
_____

JERRELL LAMAR MEADOWS,

Plaintiff-Appellant,

versus

KHURSHID YUSUFF,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:99-CV-87-BrS
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

Jerrell Lamar Meadows, federal prisoner #86453-071, appeals from the dismissal of his application for 28 U.S.C. § 2241 habeas corpus relief, which the district court construed as a motion for relief pursuant to 28 U.S.C. § 2255 and dismissed for lack of jurisdiction. A § 2255 motion is not inadequate or ineffective, allowing a prisoner to pursue relief under § 2241, because the § 2255 motion would fail to satisfy the requirements for obtaining authorization to file a successive motion. *Tolliver v. Dobre*, 211 F.3d 876, 877-78 (5th Cir. 2000). The only court with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction over Meadows's § 2255 motion was the District Court in South Carolina.  The district court did not err by dismissing Meadows's motion for lack of jurisdiction.

APPEAL DISMISSED.  5TH CIR. R. 42.2.